UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.
                              Case No. 23-30316
                              Originating No.21CR20226


**YAMILE LEWIS MOLLINEDO**

      Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF


Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**YAMILE LEWIS MOLLINEDO,** to answer to charges pending in another federal

district, and states:

1. On **August 1, 2023,** defendant was arrested in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **Southern District of**

**Florida based on an Indictment**.  Defendant is charged in that district with violation of

**18 USC Sections 1329, 1956(h) and 1956(a)(1)(B)(i) – Conspiracy to Commit Bank**

**Fraud, Conspiracy to Commit Money Laundering and Money Laundering.**


2.  Rule 5 requires this Court to determine whether defendant is the person

named in the arrest warrant and is entitled to a preliminary examination as described in

Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


*s/ Patrick Corbett*
PATRICK CORBETT
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: August 1, 2023